**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7203**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

SERGIO BARRIOS,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:97-cr-00249-LMB-2)

Submitted:  October 15, 2015          Decided:  October 20, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sergio Barrios, Appellant Pro Se.   James L. Trump, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sergio Barrios appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Barrios' motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Barrios, No. 1:97-cr-00249-LMB-2 (E.D. Va. filed July 24, 2015 & entered July 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED